IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THADDEUS MCKINNON,

      Appellant,

v.

MICHELE LEE MCKINNON,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1477

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

Thaddeus McKinnon, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., JAY, and WINSOR, JJ., CONCUR.